## United States Bankruptcy Court
## Central District Of California

| In re:<br>Armen Kyurkchyan | CHAPTER NO.: 13 |
|---|---|
| | CASE NO.: 1:15–bk–10713 |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases (Information required by LBR 1015–2 (LBR Form F 1015–2.1))
☒ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (Official Form B6 Pg 2)
☒ Debtor's Certification of Employment Income (Local Form)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

      Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

      21041 Burbank Blvd, Woodland Hills, CA 91367–6603

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: March 3, 2015

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Terri Kinsley**
**Deputy Clerk**

ccdn – Revised 06/2014      **1 / TTK**